1/24/11 Receipt # 11091253
pd $37.32

FILED
JAN 24 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

TOMKINSON, SAMUEL H.
TOMKINSON, CATHERINE A.

REIMAN, CATHERINE A.
        Debtors.

Chapter 7

Case No. 08-14885 MJK

**STATEMENT OF SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 3U | Dell Financial Services, LLC<br>C/O Resurgent Capital Services, P.O. Box 10390<br>Greenville, SC 29603-0390 | $539.36 | $4.26 |
| 4U | Dell Financial Services, LLC<br>C/O Resurgent Capital Services, P.O. Box 10390<br>Greenville, SC 29603-0390 | $435.08 | $3.43 |
| 6U | HSBC Auto Finance<br>P.O. Box 829009<br>Dallas, TX 75382 | $35.86 | $0.28 |
| 8 | AFCS on behalf of Southtowne Radiology Ass.<br>c/o Bleecker Brodey & Andrews, 9247 N. Meridian Street, Suite 200<br>Indianapolis, IN 46260 | $33.75 | $0.27 |
| 11 | LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | $348.93 | $2.75 |
| 13 | LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | $574.67 | $4.53 |
| 15 | ASSET ACCEPTANCE LLC<br>assignee Ballys Perimeter Credit, P O BOX 2036<br>WARREN, MI 48090-2036 | $403.72 | $3.18 |
| 17 | Roundup Funding, LLC<br>MS 550, PO Box 91121<br>Seattle, WA 98111-9221 | $249.54 | $1.97 |
| 22 | eCAST Settlement Corporation/HSBC<br>POB 35480<br>NEWARK, NY 07193-5480 | $261.38 | $2.06 |
| 38 | Erie County Employees Credit Union<br>c/o William Ilecki, 14 Lafayette Square, Ste 1440<br>Williamsville, NY 14221 | $362.80 | $2.86 |

| | | | |
|---|---|---|---|
| 39U | American General Finance<br>P.O. Box 971<br>Evansville, IN 47706-0971 | $516.97 | $4.08 |
| 23 | eCAST Settlement Corporation/FIA/BOA<br>POB 35480<br>NEWARK, NJ 07193-5480 | $499.43 | $3.94 |
| 24 | eCAST Settlement Corporation/BOA<br>POB 35480<br>NEWARK, NJ 07193-5480 | $470.60 | $3.71 |

**TOTAL SMALL DIVIDENDS:** $ 37.32

Dated: January 23, 2011

MORRIS L. HORWITZ
Trustee
14 LAFAYETTE SQUARE, RAND BUILDING,
SUITE 1440
BUFFALO, NY 14203
(716) 838-4300