110915 71
31.13
3/30/11

# MORRIS L. HORWITZ
## Chapter 7 United States Trustee in Bankruptcy
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

March 29, 2011



Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

Re:  **TOMKINSON, SAMUEL H.**   Case 08-14885-K
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $31.13  I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____  I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

**X**  The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Creditor | Amount | Claims Register |
|---|---|---|
| Dell Financial Services | Amount $1.52 | Claims Register #3U |
| Dell Financial Service | Amount $1.24 | Claims Register #4U |
| HSBC Auto Finance | Amount $0.10 | Claims Register #6U |
| AFCS/ Southtown Radiology | Amount $0.09 | Claims Register #8 |
| LVNV Funding and assigns | Amount $0.99 | Claim Register #11 |
| LVNV Funding and assigns | Amount $2.29 | Claim Register #12 |

| | | |
|---|---|---|
| LVNV Funding and assigns | Amount $1.63 | Claim Register #13 |
| Asset Acceptance LLC | Amount $1.15 | Claim Register #15 |
| Roundup Funding | Amount $0.71 | Claim Register #17 |
| Roundup Funding | Amount $2.99 | Claim Register #18 |
| Chase Bank USA, NA | Amount $2.52 | Claim Register #19 |
| Chase Bank USA, NA | Amount $2.87 | Claim Register #20 |
| eCAST Settlement/HSBC | Amount $0.74 | Claim Register #22 |
| eCAST Settlement/BOA | Amount $1.42 | Claim Register #23 |
| eCAST Settlement/BOA | Amount $1.34 | Claim Register #24 |
| Capital One Bank (USA) | Amount $2.09 | Claim Register #28 |
| Asset Acceptance LLC | Amount $3.11 | Claim Register #31 |
| Household Bank | Amount $1.84 | Claim Register #35 |
| Erie County Employees CU | Amount $1.03 | Claim Register #38 |
| American General Finance | Amount $1.46 | Claim Register #39U |

*/s/ Morris L. Horwitz*
Morris L. Horwitz, Trustee